1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  MARIAN K. SELLECK,

12                          Plaintiffs,

13  vs.

14  MACY'S WEST STORES, INC. aka
    MACY'S DEPARTMENT STORES,
15  INC.; and DOES 1 through 20

16                          Defendants.

17

18  _____

19   MACY'S WEST STORES, INC.

20                     Third Party Plaintiff,

21  vs.

22  SCHINDLER               ELEVATOR
    CORPORATION; AND ROES 1 TO 25,
23  INCLUSIVE,

24                     Third Party Defendants

25

26  _____

27

28

) Case No.: 1:13-CV-01847-AWI-
) AJS
)
)
) **ORDER RE: JOINT**
) **STIPULATION FOR**
) **DISMISSAL**
)
) **[F.R.C.P. 41(a)]**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Upon consideration of the Joint Stipulation for Dismissal submitted by

Plaintiff, MARIAN K. SELLECK, defendant, MACY'S WEST STORES, INC.

K:\AWI\To_Be_Signed\13CV1847.o. dismissal.doc

1

2   [erroneously sued herein as MACY'S WEST STORES, INC. aka MACY'S

3   DEPARTMENT STORES, INC.], and Third Party Defendant SCHINDLER

4

5   ELEVATOR CORPORATION, IT IS HEREBY ORDERED that the above-entitled

6   action is dismissed with prejudice in its entirety.

7

8   IT IS SO ORDERED.

9   Dated:   September 16, 2014   _____

                                   SENIOR  DISTRICT  JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28